[Crim. No. 505.   Third Appellate District.—July 1, 1920.]

## THE PEOPLE, Respondent, v. FRANK MOSLEY, Appellant.

[1] CRIMINAL LAW—GRAND LARCENY—VERDICT — EVIDENCE. — On this appeal from the judgment of conviction of the crime of grand larceny, although no appearance was made for appellant, the appellate court examined the record and found abundant evidence of the guilt of appellant, that no prejudicial error was committed and that appellant had a fair and impartial trial.

APPEAL from a judgment of the Superior Court of San Joaquin County. J. A. Plummer, Judge. Affirmed.

The facts are stated in the opinion of the court.

No appearance for Appellant.

U. S. Webb, Attorney-General, and J. Chas. Jones, Deputy Attorney-General, for Respondent.

THE COURT.—Defendant was convicted in the superior court of the county of San Joaquin of the crime of grand

larceny in having stolen two head of cattle, the property of one Chris Wencelburger. [1] No appearance has been made for appellant in this court and our attention has not been called to any reason why the judgment should be reversed. We have, however, examined the record and find abundant evidence of the guilt of defendant and are satisfied that no prejudicial error was committed and that defendant had a fair and impartial trial.

The judgment is, therefore, affirmed.